# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 8, 2017

## NO. 03-17-00386-CV

**Pejman Dargahi; Kamran Dargahi; and Yekk Construction Services, LLC d/b/a Lakeway Custom Homes and Renovation, Appellants**

**v.**

**Dhiraj Handa and Ritu Handa, Appellees**

---

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
### REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR

---

This is an appeal from the interlocutory order signed by the trial court on May 30, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order and renders judgment granting appellants' motion to compel arbitration and stay the proceedings. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.